[Civil No. 423.]

THOMAS CARROLL, Appellant, v. JOHN GOODWIN, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. John J. Hawkins, Judge.

Baldwin & Johnston, for Appellant.

J. F. Wilson, for Appellee.

January 29, 1894. Affirmed.

[Civil No. 424.]

In the Matter of the Application of THOMAS BOYLE for a Writ of Habeas Corpus, Appellant, v. THE TERRI- TORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.

John C. Kellum, for Petitioner.

Francis J. Heney, Attorney-General, for Respondent.

January 30, 1894. Denied.

[Civil No. 407.]

SANTA FE, PRESCOTT, AND PHŒNIX RAILWAY COMPANY, Appellant, v. JOHN J. FISHER et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. John J. Hawkins, Judge.

Baldwin & Johnston, and E. M. Doe, for Appellant.

Herndon & Norris, for Appellee.

January 30, 1894. Affirmed.